604

No. 50. VOORHEES *v.* SYCK, SHERIFF. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Matthias N. Orfield* for petitioner. No appearance for respondent.

No. 52. LILLY *v.* SMITH, COLLECTOR. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. George L. Denny* and *William H. Thompson* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 54. BECKER STEEL CO. *v.* CUMMINGS, ATTORNEY GENERAL, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. Crosby Kindleberger* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Harry LeRoy Jones* for respondents.

No. 58. PROCTER & GAMBLE CO. *v.* COE, COMMISSIONER OF PATENTS. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Frederic D. McKenney, Marston Allen, Charles E. Riordon,* and *C. Russell Riordon* for petitioner. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. R. F. Whitehead* for respondent. By leave of Court, *Messrs. Joshua R. H. Potts, Basel H. Brune,* and *Eugene Vincent Clarke* filed a brief as *amici curiae* on behalf of J. L. Prescott Co., in support of respondent.